```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

LESLIE HARRIS                                           PLAINTIFF

    V.                    Civil No. 11-6080

JASON WATSON, JAIL
ADMINISTRATOR RICK,
NICK FUNDERBUNK and
CHARLES GREENO                                          DEFENDANT

## O R D E R

On this 13th day of June 2013, there comes on for consideration the report and recommendation filed in this case on May 23, 2013, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 27). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Third Motion to Dismiss (doc. 26) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge